UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN MUDROW, | 2:23-cv-01873-KJN |
| Plaintiff, | ORDER |
| v. | |
| SUTTER VALLEY MEDICAL FOUNDATION, | |
| Defendant | |

This case was filed on August 30, 2023, and assigned solely to the undersigned pursuant to Appendix A of the court's Local Rules. Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 4.1) within 90 days of the date the action was filed, in this case by November 28, 2023. (ECF No. 4 at 2, para. 2.) A review of the docket indicates that not all parties have filed their Consent/Decline forms. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). However, for proper case administration, each party must inform the Clerk of Court whether or not it consents to magistrate judge jurisdiction for all purposes. Therefore, no later than December 13, 2023, all parties SHALL file their Consent/Decline form.

1

Further, the parties are reminded that defendant's Answer filed on November 21, 2023 (ECF No. 5), triggers the 30-day deadline for the parties to file a Joint Status Report addressing the subjects listed in Local Rule 240(a) to assist the court in setting a scheduling order for the case. (See ECF No. 4, para. 3.) However, that deadline only applies if all parties consent to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c). In the event that not all parties consent, this case would be randomly reassigned to a district judge as presiding judge, and that district judge would direct the case's scheduling.

**ORDER**

Accordingly, it is HEREBY ORDERED that no later than December 13, 2023, all parties file their Consent/Decline form.

Dated:  December 7, 2023

mudr.1873

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2